FRANCIS J. KOZESNIK *ET ALS.*, PLAINTIFFS-APPEL-
LANTS, v. TOWNSHIP OF MONTGOMERY *ET ALS.*,
DEFENDANTS-RESPONDENTS.

Argued May 5, 1959—Decided June 1, 1959.

*Mr. Ralph S. Mason* argued the cause for appellants (*Messrs. Mason, Griffin & Moore,* attorneys; *Mr. Ralph S. Mason,* of counsel; *Mr. Kester R. Pierson,* on the brief).

*Mr. George W. Allgair* argued the cause for respondent Township of Montgomery (*Messrs. George W. Allgair* and *A. Dix Skillman,* attorneys; *Mr. George W. Allgair,* of counsel).

*Mr. Fred G. Stickel, III,* argued the cause for respondent Minnesota Mining and Manufacturing Company (*Messrs. Stickel & Stickel,* attorneys; *Mr. Fred G. Stickel, III,* of counsel).

The opinion of the court was delivered

PER CURIAM. In *Kozesnik v. Montgomery Tp.,* 24 N. J. 154 (1957), an amendment to the zoning ordinance was declared invalid because of specific infirmities therein described. The township thereafter adopted another amendment free of those infirmities, and that amendment is the subject of the present litigation. The trial court sustained the ordinance. Before us plaintiffs assert the township officials failed to explore and to give sufficient consideration to the legislative issues involved. We agree with the trial court that there is no substance to the attack.

The judgment is accordingly affirmed.

*For affirmance*—Chief Justice WEINTRAUB, and Justices BURLING, JACOBS, FRANCIS, PROCTOR and SCHETTINO—6.

*For reversal*—None.